**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Jarrett L. Lockridge, | Case No. 2:18-cv-01651-JAD-VCF |
| Petitioner | |
| v. | **Order Granting IFP Status and Denying Petition** |
| The State of Nevada, | [ECF Nos. 1, 1-1] |
| Respondent | |

Jarrett L. Lockridge filed this petition for a writ of habeas corpus under 28 U.S.C. § 2241, claiming that he is being held illegally on an out-of-state warrant.[1] Lockridge also applies to proceed *in forma pauperis*.[2] I find that he is unable to pay the filing fee, so I grant the application for pauper status and I review the petition. Because I find that the petition is without merit, I deny it.

Petitioner alleges that he is being held in the Clark County Detention Center because of a detainer that the State of Texas has placed on him. He further alleges that the Texas warrant is in-state only, that Texas will not try to extradite him. But petitioner has not alleged the complete facts. On April 10, 2018, the Las Vegas Justice Court, Case No. 18F06166X, did order petitioner released within 30 days if there were no local charges, or released within 30 days after all local charges have been resolved.[3] On July 30, 2018, according to petitioner, the Eighth Judicial District Court, Case No. C-18-331947-1, granted petitioner pre-sentence release. However, that court then sentenced petitioner to one count of possession of a credit card or debit card without the cardholder's consent.[4] According to the Nevada Department of Corrections, petitioner is in

---

[1] ECF No. 1-1 at 1.

[2] ECF No. 1.

[3] https://lvjcpa.clarkcountynv.gov/Anonymous/CaseDetail.aspx?CaseID=12536820 (report generated April 12, 2019.

[4] https://www.clarkcountycourts.us/Portal/Home/WorkspaceMode?p=0 (report generated April

custody on that count.[5]  Therefore, petitioner is in custody under a Nevada judgment of conviction, not because of the Texas detainer.  As a result, this court is unable to give petitioner any relief on his claims.

IT THEREFORE IS ORDERED that the application to proceed *in forma pauperis* [ECF No. 1] is **GRANTED**.  Petitioner need not pay the filing fee of five dollars ($5.00).

IT FURTHER IS ORDERED that the Clerk of the Court is directed to FILE the petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 [ECF No. 1-1].

IT FURTHER IS ORDERED that **the petition for a writ of habeas corpus is DENIED.** The clerk of the court is directed to ENTER JUDGMENT accordingly and CLOSE THIS CASE.

And because reasonable jurists would not find the court's conclusion to be debatable or wrong, **the court declines to issue a certificate of appealability.**

_____  _____  _____
U.S. District Judge Jennifer A. Dorsey
Dated: April 24, 2019

---

12, 2019).

[5] https://ofdsearch.doc.nv.gov/form.php, Offender ID # 1137279 (report generated April 12, 2019).